IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ST. MARY'S HOSPITAL ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06CV02083(GK) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, U.S. Department of ) | |
| Health and Human Services ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 8985, to U.S. Attorney General at 950 Pennsylvania Ave., NW Washington, D.C. 20530 on January 18, 2007. The summons and Complaint were received on January 22, 2007, and the Return Receipt is attached hereto.

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery 1/22/07 |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number 7005 1820 0004 0049 8985<br>*(Transfer from service label)* | 7005 1820 0004 0049 8985 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |