UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARY'S HOSPITAL,            )<br>            Plaintiff,            )<br>                                             )<br>      v.                                     )<br>                                             )<br>MICHAEL O. LEAVITT,            )<br>Secretary, United States Department of   )<br>Health and Human Services,            )<br>                                             )<br>            Defendant.            ) | Civ. Action No. 06-2083 (GK)<br>ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov