UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARY'S HOSPITAL,              ) | |
|     Plaintiff,              ) | |
|                   ) | |
| v.              ) | Civ. Action No. 06-2083 (GK) |
|               ) | ECF |
| MICHAEL O. LEAVITT,              ) | |
| Secretary, United States Department of       ) | |
| Health and Human Services,              ) | |
|               ) | |
|     Defendant.              ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including April 26, 2007, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel regarding the instant motion, and Plaintiff, through counsel, graciously consented to the extension. In support of this motion, the Secretary states as follows:

1. Plaintiff filed this action pursuant to Title XVIII of the Social Security Act, as amended, 42 U.S.C. §§1395 et seq., seeking review of the Provider Reimbursement Review Board's (PRRB) decision concerning Plaintiff's Appeal of its Notice of Program Reimbursement for the fiscal year ending September 30, 1995. See Compl.

2. The current deadline for the Secretary's response to Plaintiff's Complaint is March 26, 2007. See Fed. R. Civ. P. 12(a)(3)(A).

3. The matters at issue in this action are complex and require careful

investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

4. The Secretary's counsel has not received and reviewed the administrative record for this action. Upon receipt of the administrative record, Defendant's counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for Defendant to confer and formulate his response, the Secretary respectfully requests an enlargement of time of thirty days, up to and including March 26, 2007, within which to answer or otherwise respond to Plaintiff's Complaint.

6. This request is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                            Respectfully submitted,

                                            /s/
                                        JEFFREY A. TAYLOR
                                        United States Attorney
                                        D.C. Bar No. 498610

                                            /s/
                                        MEGAN L. ROSE
                                        Assistant United States Attorney
                                        N.C. Bar No. 28639
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7720

| | |
|---|---|
| _____ | TRACEY GLOVER |
| | U.S. Department of Health and Human Services |
| | Office of the General Counsel |
| | Centers for Medicare and Medicaid Services |
| | 330 Independence Ave., S.W., Room 5309 |
| | Washington, D.C. 20201 |
| _____ | Counsel for the Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARY'S HOSPITAL,            )<br>       Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>MICHAEL O. LEAVITT,              )<br>Secretary, United States Department of  )<br>Health and Human Services,       )<br>                                 )<br>       Defendant.            ) | Civ. Action No. 06-2083 (GK)<br>ECF |

**ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including April 26, 2007 to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE