UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARY'S HOSPITAL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and Human Services, )<br>)<br>Defendant. ) | Case No. 1:06CV02083 (GK) |

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE AND
MOTION TO AMEND ORDER FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to Federal Rules of Civil Procedure 26(a)(1)(E)(i) and 60(b)(6) and Local Civil Rules 16.3(b)(1) and 16.4, Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiff St. Mary's Hospital, by and through their undersigned counsel, respectfully submit this notice and move to amend the Court's April 30th, 2007 Order for Initial Scheduling Conference. In support of the instant motion, the parties state as follows:

1. On December 07, 2007, Plaintiff initiated this action with the filing of its Complaint.

2. On April 26, 2007, Defendant filed his Answer.

3. On April 30, 2007, Defendant filed the Administrative Record for this case.

4. On April 30, 2007, the Court issued its Order for an initial scheduling conference to be held on May 29, 2007. The Court's Order instructed that "[t]hree weeks in advance of the Pretrial Conference, counsel are required to meet and prepare and Joint Pretrial Statement, which is required to be submitted not less than eleven days prior to the conference in accordance with Local Civil Rule16.5(b)."

5. Counsel for the Secretary and counsel for Plaintiff conferred and agree that, because this civil action is an action seeking review on an administrative record, the Duty to Confer, the initial disclosure requirement, and the obligation to have an initial scheduling conference do not arise.  See Fed. R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1); 42 U.S.C. § 1395oo(f).  The parties agree that discovery is not likely to be required in this record review case.  See, e.g., Judicial Watch, Inc. v. Nat'l Energy Policy Dev. Group, 233 F. Supp. 2d 16 (D.D.C. 2002)).

6. Furthermore, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment.  Thus, in light of the fact that this is an APA record review case, the parties respectfully submit the following proposed schedule for the submission of their respective briefs:

| | |
|---|---|
| July 20, 2007 : | Plaintiff's Motion for Summary Judgment |
| September 18, 2007 : | Defendant's Opposition and Cross Motion |
| October 18, 2007 : | Plaintiff's Opposition and Reply |
| November 19, 2007 : | Defendant's Reply |

7. The parties respectfully submit that if the Court is inclined to adopt the parties' proposed briefing schedule, the May 29, 2007 scheduling conference may not be necessary and may be removed from the Court's docket.

WHEREFORE, the parties respectfully request that the Court modify its Order for Initial Scheduling Conference to relieve the parties of: the obligation to submit a report, the requirements of LCvR 16.3, and the requirements of Fed. R. Civ. P. 26(a)(1) and (f); adopt the parties' proposed briefing schedule; and cancel the May 29, 2007 initial scheduling conference.

A proposed order is attached.

Respectfully submitted,


_____/ s /_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C.  20201

Counsel for the Defendant



_____
Leslie D. Alderman III
Alderman & Devorsetz  PLLC
1025 Connecticut Ave., NW Suite 1000
Washington D.C. 20036
202-969-8220 (tel.)
202-986-8224 (fax)
lalderman@a-dlaw.com


Counsel for the Plaintiff

-3-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARY'S HOSPITAL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and Human Services, )<br>)<br>Defendant. ) | Case No. 1:06CV02083 (GK) |

## JOINT PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Amend Order for Initial Scheduling Conference, and the entire record herein, it is this ___ day of May, 2007,

ORDERED, that the parties' Joint Motion to Amend Order for Initial Scheduling Conference is hereby GRANTED; and it is further

ORDERED, that the Court's April 30, 2007, Order for Initial Scheduling Conference shall be modified to relieve the parties of: the obligations to submit a report, the requirements of LCvR 16.3, and the requirements of Fed. R. Civ. P. 26(a)(1) and (f); and it is further

ORDERED, that the Initial Scheduling Conference set for May 29, 2007 is canceled; and it is further

ORDERED, that summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| July 20, 2007 : | Plaintiff's Motion for Summary Judgment |
| September 18, 2007 : | Defendant's Opposition and Cross Motion |
| October 18, 2007 : | Plaintiff's Opposition and Reply |
| November 19, 2007 : | Defendant's Reply |

SO ORDERED, this the _____ day of May, 2007.

_____
The Honorable Gladys Kessler
United States District Judge