**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ST. MARY'S HOSPITAL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:06-cv-2083 (GK)** |
| **v.** | ) | |
| | ) | |
| **MICHAEL O. LEAVITT,** | ) | |
| **Secretary, U.S. Department of** | ) | |
| **Health and Human Services** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE PENDING DETERMINATION OF LEGAL ISSUE IN RELATED CASE

Plaintiff in the above captioned case, by and through its undersigned counsel, respectfully moves the Court to hold this case in abeyance pending the Court's determination of the central question of law which is currently pending before the Court in the related case of Rapid City Regional Hospital v. Leavitt (06-cv-01828 (GK)).[1]

The central issue in Rapid City, for which the undersigned is also counsel for the Plaintiff, is whether the PRRB's dismissal of a provider's hearing for failure to file a Preliminary Position Paper violates the Administrative Procedures Act (5 U.S.C. § 701 *et seq*.). This issue, which is also central to the present case (*see* Complaint Paras. 22-25), is currently being briefed before the Court in Rapid City.  To wit, the Plaintiff filed its Motion for Summary Judgment on April 19, 2007 (Docket Entry No. 14), the Defendant filed its Opposition and Cross Motion for Summary Judgment on June 18. 2007 (Docket Entry No. 15), and the Plaintiff's Opposition to Cross Motion and Reply are due to be

---

[1] *See* Related Case Form, dated December 7, 2006, filed in the present civil action.

filed on August 2, 2007.

Depending on the outcome of this Court's decision in <u>Rapid City</u>, the plaintiff may elect to continue litigating any issues that remain unresolved, or may seek to dismiss its civil action. As such, holding this case in abeyance until the central legal issue is decided will preserve the parties' resources and promote judicial efficiency by eliminating the need for duplicative briefing and motion practice on the legal issue that is central to both this case and <u>Rapid City</u>.

Counsel for the Plaintiff discussed this motion with counsel for the Defendant, Tracey Glover, on July 9, 2007, who kindly indicated that the Defendant does not oppose the motion or the requested relief.

Respectfully Submitted,


/s/ Leslie D. Alderman III (D.C. Bar No. 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
(202) 969-8220
(202) 652-2451 (direct)
(202) 969-8224 (facsimile)
Attorney for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ST. MARY'S HOSPITAL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:06-cv-2083 (GK)** |
| **v.** | ) | |
| | ) | |
| **MICHAEL O. LEAVITT,** | ) | |
| **Secretary, U.S. Department of** | ) | |
| **Health and Human Services** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

After considering the Plaintiff's Unopposed Motion to Hold Case in Abeyance Pending Determination of Legal Issue in Related case, it is hereby Ordered that the above-captioned matter will be held in abeyance until the Court rules on the parties' motions for summary judgment in the related case, <u>Rapid City Regional Hospital v. Leavitt</u>, 01:06-cv-01828 (GK).

So Ordered this day, _____

By    _____
        District Court Judge Gladys Kessler